FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 14  PM 3:20

LORETTA G. WHYTE
CLERK

**DOCKET NO. 1657**

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

NOV 25 2005

FILED
CLERK'S OFFICE

A CERTIFIED TRUE COPY
DEC 13 2005
ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE VIOXX PRODUCTS LIABILITY LITIGATION

*(SEE ATTACHED SCHEDULE)*   C 05-4310 MHP

### CONDITIONAL TRANSFER ORDER (CTO-32)

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. Since that time, 2,341 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Louisiana and assigned to Judge Fallon.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the order of February 16, 2005, 360 F.Supp.2d 1352 (J.P.M.L. 2005), and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Louisiana. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

DEC 13 2005

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

CLERK'S OFFICE
A TRUE COPY
DEC 7 2005

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA

___ Fee____
___ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No____

## SCHEDULE CTO-32 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| **ALABAMA MIDDLE** | | |
| ~~ALM 3 05-998~~ | ~~Michael D. May v. Merck & Co., Inc., et al.~~ Opposed 12/6/05 | |
| **ALABAMA NORTHERN** | | |
| ALN 6 05-2172 | Bonnie Sue Rogers, etc. v. Merck & Co., Inc. | 05-6496 |
| **CALIFORNIA CENTRAL** | | |
| CAC 2 05-7581 | Carol Drabelle, et al. v. Merck & Co., Inc., et al. | 05-6497 |
| CAC 2 05-7583 | Richard Marquez v. Merck & Co., Inc., et al. | 05-6498 |
| CAC 2 05-7586 | Gary Frederick Milleman, et al. v. Merck & Co., Inc., et al. | 05-6499 |
| CAC 2 05-7592 | Mary Virginia McDonough, et al. v. Merck & Co., Inc., et al. | 05-6500 |
| CAC 2 05-7644 | Denise A. Morris v. Merck & Co., Inc. | 05-6501 |
| CAC 2 05-7647 | Joyce Shafor, et al. v. Merck & Co., Inc. | 05-6502 |
| **CALIFORNIA EASTERN** | | |
| CAE 2 05-2140 | Patricia Love v. Merck & Co., Inc., et al. | 05-6503 |
| **CALIFORNIA NORTHERN** | | |
| CAN 3 05-4310 | David Porter, et al. v. Merck & Co., Inc. | 05-6504 |
| CAN 3 05-4311 | Joseph Kruger, et al. v. Merck & Co., Inc. | 05-6505 |
| CAN 5 05-4368 | Edith Kadach v. Merck & Co., Inc., et al. | 05-6506 |
| **HAWAII** | | |
| HI 1 05-668 | First Insurance Co. of Hawaii, Ltd. v. Merck & Co., Inc. | 05-6507 |
| **KENTUCKY EASTERN** | | |
| KYE 0 05-189 | Howard Gulley v. Merck & Co., Inc. | 05-6508 |
| ~~KYE 0 05-191~~ | ~~Raymond G. Cordle, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| KYE 0 05-198 | Terry Bush v. Merck & Co., Inc. | 05-6509 |
| ~~KYE 0 05-201~~ | ~~Brenda Sparks, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYE 2 05-211~~ | ~~Gary L. Kratzer v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 3 05-73~~ | ~~Richard Douglas Southworth, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 5 05-426~~ | ~~Kenneth Michael Short, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| KYE 5 05-427 | Stanley Long v. Merck & Co., Inc. | 05-6510 |
| KYE 5 05-432 | Norlena Slone v. Merck & Co., Inc. | 05-6511 |
| ~~KYE 5 05-433~~ | ~~Larry Smith v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 5 05-434~~ | ~~Clarence Parido, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 5 05-449~~ | ~~Patricia A. Swanagin, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 5 05-450~~ | ~~Hubert Little, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 5 05-454~~ | ~~Noah Taylor, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| KYE 5 05-463 | Charlotte Haddix, etc. v. Merck & Co., Inc. | 05-6512 |
| ~~KYE 6 05-570~~ | ~~Lawrence K. Butcher v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYE 6 05-571~~ | ~~Anthony P. Dattilo v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 6 05-572~~ | ~~Londis Meek, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 6 05-573~~ | ~~Jerry Anderson, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| KYE 6 05-576 | Jody Hays v. Merck & Co., Inc. | 05-6513 |
| KYE 6 05-577 | Virginia Nadine Perry v. Merck & Co., Inc. | 05-6514 |
| ~~KYE 6 05-584~~ | ~~Gary W. Hall, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 6 05-585~~ | ~~Kathleen Harp v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 6 05-586~~ | ~~John Mullins, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYE 6 05-587~~ | ~~Juanetta Bush, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 6 05-592~~ | ~~Jonna Madon, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| KYE 6 05-593 | David Roberts v. Merck & Co., Inc., et al. | 05-6515 |

SCHEDULE CTO-32 TAG-ALONG ACTIONS (MDL-1657)  PAGE 2 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| KYE 6 05-601 | Barbara Asher, etc. v. Merck & Co., Inc. | 05-6516 |
| KYE 6 05-608 | Anita Parks v. Merck & Co., Inc. | 05-6517 |
| ~~KYE 7 05-336~~ | ~~Cheryl Adams v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYE 7 05-337~~ | ~~Theresa Taylor, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| KYE 7 05-341 | Lavern Arnett v. Merck & Co., Inc. | 05-6518 |
| KYE 7 05-342 | O'Dean Smith, et al. v. Merck & Co., Inc. | 05-6519 |
| ~~KYE 7 05-343~~ | ~~Ralph Crager v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| KYE 7 05-344 | Nell Canada v. Merck & Co., Inc. | 05-6520 |
| ~~KYE 7 05-345~~ | ~~Mark A. York, Sr., et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| KYE 7 05-346 | Bobby Wright, et al. v. Merck & Co., Inc. | 05-6521 |
| KYE 7 05-347 | Roma Lynn Prater v. Merck & Co., Inc. | 05-6522 |
| ~~KYE 7 05-351~~ | ~~Adron Thornsberry, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |

**KENTUCKY WESTERN**

| | | |
|---|---|---|
| KYW 1 05-172 | Kristie Miller, etc. v. Merck & Co., Inc. | 05-6523 |
| ~~KYW 1 05-173~~ | ~~Debra Humburg, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| KYW 1 05-174 | James C. Miller v. Merck & Co., Inc. | 05-6524 |
| ~~KYW 1 05-177~~ | ~~Riley Wells v. Merck & Co., Inc., et al.~~ Opposed 12/13/05 | |
| ~~KYW 1 05-178~~ | ~~Patricia Oakes, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 1 05-179~~ | ~~Dorothy Payne, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05 | |
| ~~KYW 1 05-180~~ | ~~Ethel Wolf v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 1 05-181~~ | ~~John Nowak, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 1 05-186~~ | ~~Randall Pyles, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-637~~ | ~~William Clayton, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-638~~ | ~~Charles Schultise v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-639~~ | ~~Margaret Vandivier v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-640~~ | ~~Mary E. Lester v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-641~~ | ~~Sabina Chambers v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-643~~ | ~~Richard W. Allen, Sr., et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-644~~ | ~~Glendon Dixon v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| KYW 3 05-650 | Debra Jean Nold, et al. v. Merck & Co., Inc. | 05-6525 |
| ~~KYW 3 05-652~~ | ~~Lawrence Shepherd, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| KYW 3 05-653 | J. William Manning, et al. v. Merck & Co., Inc. | 05-6526 |
| ~~KYW 3 05-654~~ | ~~Pamela Winters, etc. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-655~~ | ~~Jennifer M. Popp, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05 | |
| ~~KYW 3 05-660~~ | ~~Ficam Loach v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-661~~ | ~~Tim Ellis, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-663~~ | ~~Marlynn Fox, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-665~~ | ~~Tina Day v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-666~~ | ~~Hazel McKee, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-667~~ | ~~Olando Simpson, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-668~~ | ~~Michael F. Simpson, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-670~~ | ~~Susan Walker, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-671~~ | ~~Daniel Ryan v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-672~~ | ~~Sharon Schafer, et al. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-673~~ | ~~Joan Anne Schwartz, etc. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-674~~ | ~~Perry Schneider, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-675~~ | ~~Mary Louise Schmidt, etc. v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-676~~ | ~~Manson Whelan v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-677~~ | ~~David G. Thomas v. Merck & Co., Inc.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-678~~ | ~~A. Walter Tyson, etc. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 3 05-680~~ | ~~Carl Ansert, Jr., et al. v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| KYW 4 05-154 | Cheyenne Albro v. Merck & Co., Inc. | 05-6527 |
| KYW 4 05-155 | Everett Hack v. Merck & Co., Inc. | 05-6528 |
| KYW 5 05-205 | Gerald Boyd v. Merck & Co., Inc. | 05-6529 |
| ~~KYW 5 05-206~~ | ~~Ola Nelson v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |
| ~~KYW 5 05-210~~ | ~~Michael E. Wilson v. Merck & Co., Inc., et al.~~ Opposed 12/12/05 | |

SCHEDULE CTO-32 TAG-ALONG ACTIONS (MDL-1657)                                PAGE 3 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| **MINNESOTA** | | |
| MN  0  05-2501 | Lisa Tuggle, etc. v. Merck & Co., Inc. | 05-6530 |
| MN  0  05-2517 | Clara Richardson, etc. v. Merck & Co., Inc. | 05-6531 |
| MN  0  05-2530 | Alfred J. Hoerner v. Merck & Co., Inc. | 05-6532 |
| **MISSOURI EASTERN** | | |
| MOE  4  05-1946 | Debbie Cavender, et al. v. Merck & Co., Inc. | 05-6533 |
| ~~MOE  4  05-1955~~ | ~~Thelma Zimmerman, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05 | |
| ~~MOE  4  05-1956~~ | ~~Samella Butler, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05 | |
| MOE  4  05-1967 | Jana Meehan v. Merck & Co., Inc., et al. | 05-6534 |
| ~~MOE  4  05-1969~~ | ~~Steve Pickard, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05 | |
| ~~MOE  4  05-1970~~ | ~~Martha Maxwell, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05 | |
| MOE  4  05-1973 | Rita B. Barker, et al. v. Merck & Co., Inc. | 05-6535 |
| **MISSOURI WESTERN** | | |
| MOW  4  05-1023 | Frank Canaleo, etc. v. Merck & Co., Inc. | 05-6536 |
| MOW  4  05-1025 | Kathy Pence, etc. v. Merck & Co., Inc. | 05-6537 |
| MOW  4  05-1026 | Kathryn Carter, etc. v. Merck & Co., Inc. | 05-6538 |
| MOW  4  05-1027 | Brandon Worlow v. Merck & Co., Inc. | 05-6539 |
| MOW  4  05-1028 | Richard Shearer v. Merck & Co., Inc. | 05-6540 |
| MOW  4  05-1029 | Jason Lida, etc. v. Merck & Co., Inc. | 05-6541 |
| ~~MOW  4  05-1035~~ | ~~John Webster, et al. v. Merck & Co., Inc., et al.~~ Opposed 12/13/05 | |
| MOW  4  05-1052 | Cheryl Ann Mahon v. Merck & Co., Inc., et al. | 05-6542 |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  3  05-649 | Napoleon Alexander, etc. v. Merck & Co., Inc. | 05-6543 |
| **OHIO NORTHERN** | | |
| OHN  1  05-1772 | Donna Casteel, etc. v. Merck & Co., Inc. | 05-6544 |
| OHN  1  05-2503 | Geraldine Abrahams, et al. v. Merck & Co., Inc. | 05-6545 |
| OHN  1  05-2504 | Colleen Conko v. Merck & Co., Inc. | 05-6546 |
| OHN  5  05-2471 | Shirley Madick, et al. v. Merck & Co., Inc. | 05-6547 |
| **OKLAHOMA WESTERN** | | |
| ~~OKW  5  05-1229~~ | ~~Carolyn Cruce, etc. v. Merck & Co., Inc.~~ Opposed 12/13/05 | |
| **PENNSYLVANIA EASTERN** | | |
| PAE  2  05-5461 | Irma Leshinski, et al. v. Merck & Co., Inc. | 05-6548 |
| **PENNSYLVANIA WESTERN** | | |
| PAW  2  05-1484 | P. Fred Beorn, et al. v. Merck & Co., Inc. | 05-6549 |
| **PUERTO RICO** | | |
| PR  3  05-2025 | Francisco Muniz-Domena, et al. v. Astra Merck, Inc., et al. | 05-6550 |
| PR  3  05-2037 | Juan Antonio Velez-Jimenez, et al. v. Astra Merck, Inc., et al. | 05-6551 |
| PR  3  05-2049 | Jose Portalatin-Cordero, et al. v. Astra Merck, Inc., et al. | 05-6552 |
| **SOUTH DAKOTA** | | |
| SD  1  05-1046 | Lavonne Butler v. Merck & Co., Inc. | 05-6553 |
| SD  1  05-1047 | Marlene Stickfort v. Merck & Co., Inc. | 05-6554 |
| SD  1  05-1048 | George Witter v. Merck & Co., Inc. | 05-6555 |
| **TENNESSEE MIDDLE** | | |
| TNM  3  05-837 | Mary A. Jordan, et al. v. Merck & Co., Inc. | 05-6556 |
| TNM  3  05-839 | Gloria White, etc. v. Merck & Co., Inc. | 05-6557 |
| TNM  3  05-841 | Ron R. Moore, etc. v. Merck & Co., Inc. | 05-6558 |
| TNM  3  05-843 | Merita Kay Roysdon, et al. v. Merck & Co., Inc. | 05-6559 |

SCHEDULE CTO-32 TAG-ALONG ACTIONS (MDL-1657)   PAGE 4 of 4

| DIST. DIV. C.A. # | CASE CAPTION | EDLA SECT. L/3 |
|---|---|---|
| TNM 3 05-844 | Tyra Taylor, et al. v. Merck & Co., Inc. | 05-6560 |
| TNM 3 05-845 | Betty J. Moore, etc. v. Merck & Co., Inc. | 05-6561 |
| TNM 3 05-848 | Debra A. Bennett v. Merck & Co., Inc. | 05-6562 |
| TNM 3 05-849 | Joe T. Givan, et al. v. Merck & Co., Inc. | 05-6563 |
| TNM 3 05-850 | Teresa Gallaher, et al. v. Merck & Co., Inc. | 05-6564 |
| TNM 3 05-851 | Sarah Pierce, et al. v. Merck & Co., Inc. | 05-6565 |
| TNM 3 05-852 | John Richmond, etc. v. Merck & Co., Inc. | 05-6566 |
| TNM 3 05-853 | James Boggess, etc. v. Merck & Co., Inc. | 05-6567 |
| TNM 3 05-854 | Andrew Golden, etc. v. Merck & Co., Inc. | 05-6568 |
| TNM 3 05-855 | Roger Kelly, Sr. v. Merck & Co., Inc. | 05-6569 |
| TNM 3 05-856 | Nadine Freeman, et. al. v. Merck & Co., Inc. | 05-6570 |
| TNM 3 05-857 | Elsie I. Hollingsworth v. Merck & Co., Inc. | 05-6571 |
| TNM 3 05-858 | Margaret A. Brooks v. Merck & Co., Inc. | 05-6572 |
| TNM 3 05-861 | Janet D. Roberick v. Merck & Co., Inc. | 05-6573 |
| TNM 3 05-862 | Emma Spencer, etc. v. Merck & Co., Inc. | 05-6574 |
| TNM 3 05-863 | Charlotte Matlock, et al. v. Merck & Co., Inc. | 05-6575 |
| TNM 3 05-864 | Elizabeth G. Washington v. Merck & Co., Inc. | 05-6576 |
| TNM 3 05-866 | Charles M. Turner v. Merck & Co., Inc. | 05-6577 |
| TNM 3 05-868 | Verie B. Thompson, Jr. v. Merck & Co., Inc. | 05-6578 |
| TNM 3 05-869 | Jewel Smith v. Merck & Co., Inc. | 05-6579 |
| TNM 3 05-870 | Edna D. Ross v. Merck & Co., Inc. | 05-6580 |
| TNM 3 05-871 | Joe Nelson v. Merck & Co., Inc. | 05-6581 |
| TNM 3 05-872 | Alfard Huqq v. Merck & Co., Inc. | 05-6582 |
| TNM 3 05-873 | Shirley M. Johnson v. Merck & Co., Inc. | 05-6583 |
| TNM 3 05-874 | Charles L. McDonald v. Merck & Co., Inc. | 05-6584 |
| TNM 3 05-880 | William E. Hughes v. Merck & Co., Inc. | 05-6585 |
| TNM 3 05-881 | Louise Gillespie v. Merck & Co., Inc. | 05-6586 |
| TNM 3 05-882 | Kevin J. Callahan v. Merck & Co., Inc. | 05-6587 |
| TNM 3 05-883 | James J. Walton v. Merck & Co., Inc. | 05-6588 |
| **TENNESSEE WESTERN** | | |
| TNW 1 05-1322 | Norris H. Davis v. Merck & Co., Inc., et al. | 05-6589 |
| TNW 1 05-1323 | Roberta J. Evans v. Merck & Co., Inc., et al. | 05-6590 |
| TNW 1 05-1324 | Doyle Johnson, etc. v. Merck & Co., Inc. | 05-6591 |
| TNW 1 05-1329 | James R. Daniel, et al. v. Merck & Co., Inc., et al. | 05-6592 |
| TNW 1 05-1332 | Roger Floyd, et al. v. Merck & Co., Inc., et al. | 05-6593 |
| TNW 1 05-1333 | Sally Woods, etc. v. Merck & Co., Inc., et al. | 05-6594 |
| TNW 2 05-2795 | Sylvester Townsel, et al. v. Merck & Co., Inc., et al. | 05-6595 |
| TNW 2 05-2804 | Norman A. Jester, et al. v. Merck & Co., Inc., et al. | 05-6596 |
| **TEXAS EASTERN** | | |
| TXE 1 05-676 | William Edward Morgan v. Merck & Co., Inc., et al. | 05-6597 |
| TXE 1 05-701 | Maria Antonieta DeLoera, et al. v. Merck & Co., Inc. | 05-6598 |
| TXE 2 05-489 | Bettye Baty, et al. v. Merck & Co., Inc. | 05-6599 |
| **TEXAS SOUTHERN** | | |
| TXS 2 05-308 | Patrtricia Legesse v. Merck & Co., Inc. | 05-6600 |
| TXS 4 05-3696 | Linda J. Collins v. Merck & Co., Inc., et al. | 05-6601 |
| **VERMONT** | | |
| VT 2 05-274 | Michele S. LaRouche, et al. v. Merck & Co., Inc. | 05-6602 |

cc
Subject  CTO-32

## IN RE: MDL 1657
## VIOXX PRODUCTS LIABILITY LITIGATION

  Attached is a certified copy of the transfer order received from the Multidistrict Litigation Panel in Washington, D.C. It instructs that the case(s) listed be transferred to our district for disposition pursuant to Title 28 USC 1407, as soon as possible. The order includes the case number(s) assigned to each action by the Eastern District of Louisiana.

  The Honorable Eldon E. Fallon, U.S. District Judge, issued an order directing that the transferred of records consist of only a certified copy of the complaint (including notice of removal, if applicable), any amendments, the docket sheet and the MDL Transfer Order.

  Please forward the above requested documents, preferably as PDF documents attached to an email addressed to vioxx_mdl_clerk@laed.uscourts.gov. Please attach separate PDFs for each of the documents. If this is not possible, please forward the printed copies of the requested documents via mail.

  Should you have any questions regarding this request, please contact Dina Guilbeau at (504)589-7704.

          Very truly yours,
          Loretta G. Whyte, Clerk
          Eastern District of Louisiana


cto-32.pdf